UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUBSPACE OMEGA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-01772-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

In light of Plaintiff's Amended Complaint (Dkt. No. 25), the Parties are DIRECTED to meet and confer and to file, **within fourteen (14) days** of this Order, a joint status report indicating whether the Amended Complaint changes anything in the prior JSR (Dkt. No. 24) or Defendant's pending Motion to Dismiss (Dkt. No. 23).

Dated this 30th day of April 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1