UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUBSPACE OMEGA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-01772-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

At oral argument on Defendant's Motion to Dismiss (Dkt. No. 49), Plaintiff was directed to send certain citations to its Amended Complaint, as well as its PowerPoint slides (used at argument), to the Court's Orders email inbox. While Defendant should have responded to the slides during its rebuttal, Plaintiff ultimately filed the materials on the docket instead of by email. In light of this, Defendant may file a brief response, not to exceed **three (3) pages**, regarding the slides only. The Court will independently evaluate the paragraphs referenced in the Amended Complaint. The response SHALL be filed **by December 6, 2024**.

Dated this 3rd day of December 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1